1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SAMUEL VALDEZ,

                          Petitioner,

        v.

FRED CANTRELL JR,

                          Respondent.

Case No. C19-628-RSM-MAT

REPORT AND RECOMMENDATION

Currently before the Court is petitioner's application to proceed *in forma pauperis* (Dkt. 5) and what purports to be a proposed habeas petition pursuant to 28 U.S.C. § 2254 (Dkt. 1; *see also* Dkt. 5 at 1 (referencing § 2254)). Through this action, petitioner seeks to challenge a *civil* state court judgment that was entered against him. (*See* Dkts. 1, 1-1 (exhibits attaching documents from the civil case).) A § 2254 habeas action, however, allows a state prisoner to challenge the *criminal* judgment and sentence that the prisoner is currently serving. *See* 28 U.S.C. § 2254. Because petitioner is not challenging the judgment and sentence that resulted in his current incarceration, he fails to state a claim upon which relief may be granted. Amendment of his claims would be futile, and accordingly, the Court recommends that this action be DISMISSED with prejudice and that his application to proceed *in forma pauperis* and any other

REPORT AND RECOMMENDATION - 1

pending motions be DENIED as moot.  The Court further recommends that a certificate of appealability, *see* 28 U.S.C. § 2253(c)(3), be DENIED.  A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed.  Failure to file objections within the specified time may affect your right to appeal.  Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed.  Responses to objections may be filed within **fourteen (14)** days after service of objections.  If no timely objections are filed, the matter will be ready for consideration by the District Judge on **June 14, 2019**.

Dated this 23rd day of May, 2019.

Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2